Roberta Steele, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

John F. Stanley, Supervisory Trial Attorney
May Che, Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 220-6919
Facsimile: (206) 220-6911
may.che@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUMITOMO METAL MINING POGO, LLC.,<br><br>Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>*Title VII of the Civil Rights Act of 1964 Action, as amended, 42 U.S.C. section 2000e et seq.*<br><br>JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, female, and retaliation, and to provide appropriate relief to Hannah Hurst, who was adversely affected by such practices and to prevent further occurrence of such practices. The Equal Employment Opportunity Commission ("EEOC" or "the Commission") alleges that defendant Sumitomo

COMPLAINT
Page 1 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Case 4:18-cv-00034-JWS   Document 1   Filed 09/26/18   Page 1 of 7

Metal Mining Pogo, LLC ("Pogo" or "Defendant") violated Title VII by discriminating against Ms. Hurst when it denied her equal training and promotion opportunities on the basis of sex, female, and unlawfully retaliated against her by imposing a higher standard for advancement as compared to her male colleagues, and denying her training opportunities, causing her constructive discharge.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. section 2000e *et seq*. ("Title VII") and section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Alaska.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been doing business in the State of Alaska and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

COMPLAINT
Page 2 of 7

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Case 4:18-cv-00034-JWS   Document 1   Filed 09/26/18   Page 2 of 7

## ADMINISTRATIVE PROCEDURES

6. More than thirty days prior to the institution of this lawsuit, Hannah Hurst filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant.

7. On May 24, 2018, the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe that Title VII was violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

8. The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

9. The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

10. On September 10, 2018, the Commission issued to Defendant a Notice of Failure of Conciliation.

11. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

12. Since at least September 21, 2013, as described in greater particularity below, Defendant has engaged in unlawful employment practices in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a), by discriminating against Ms. Hurst based on sex, when it denied her training and promotion opportunities as compared to her male colleagues, and has engaged in unlawful employment activities in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-

COMPLAINT
Page 3 of 7

Case 4:18-cv-00034-JWS   Document 1   Filed 09/26/18   Page 3 of 7

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

3(a), by subjecting Ms. Hurst to retaliation because of her protected activity, resulting in her constructive discharge.

    a. Since at least May 2013, Ms. Hurst was qualified for advancement in her position from Level 4 miner to Level 5 miner based on the criteria Defendant had in place for advancement to Level 5, and as compared to the qualifications possessed by Ms. Hurst's male colleagues who were Level 5 miners.

    b. Despite her qualifications, Ms. Hurst was not advanced from Level 4 to Level 5.

    c. In November 2013, Ms. Hurst complained to Defendant's HR department of disparate treatment based on sex and sexually offensive materials in the workplace.

    d. In December 2013, Defendant retaliated against Ms. Hurst for her complaint by imposing a "training plan" on Ms. Hurst which required additional performance standards be met in order for Ms. Hurst to be eligible to advance to Level 5. Ms. Hurst's male colleagues were allowed to advance to Level 5 or remain at Level 5 without needing to satisfy the same increased performance standards imposed on Ms. Hurst.

    e. Since at least October 2013, Ms. Hurst was denied training opportunities by Defendant in retaliation for engaging in protected activity when it allowed Ms. Hurst's male colleagues assigned to conduct training to refuse to work with or train Ms. Hurst because of her prior opposition to or complaints of discrimination based on sex.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

    f. Ms. Hurst was never promoted to Level 5 before she was constructively discharged on or about October 24, 2014.

13. The effect of the practices complained of in paragraph 12 above has been to deprive Ms. Hurst of equal employment opportunities and otherwise adversely affect her status as an employee because of the discrimination that occurred.

14. The unlawful employment practices complained of in paragraph 12 above were intentional.

15. The unlawful employment practices complained of in paragraph 12 above were done with malice or with reckless indifference to the federally protected rights of Ms. Hurst.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant and its officers, agents, successors, assigns, and all persons in active concert or participation with them, from engaging in discrimination and retaliation against any of their employees.

B. Order Defendant to institute and carry out policies, practices, and programs which prevent its employees from being subjected to discrimination and retaliation and which eradicate the effects of past and present unlawful employment practices.

C. Order Defendant to make whole Ms. Hurst by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the unlawful employment practices described above.

D. Order Defendant to make whole Ms. Hurst by providing appropriate front pay, in amounts to be determined at trial, to eradicate the effects of the unlawful employment practices described above

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

E. Order Defendant to make whole Ms. Hurst by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including without limitation past and future out-of-pocket expenses, in amounts to be determined at trial.

F. Order Defendant to make whole Ms. Hurst by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to determined at trial.

G. Order Defendant to pay Ms. Hurst punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

H. Grant such further relief as the Court deems necessary and proper in the public interest.

I. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 26th Day of September 2018.

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MAY CHE<br>Senior Trial Attorney | |

COMPLAINT
Page 6 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Case 4:18-cv-00034-JWS   Document 1   Filed 09/26/18   Page 6 of 7

BY: ___/s/ *Roberta L. Steele*___
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400                Office of the General Counsel
Seattle, Washington 98104-1061           131 "M" Street NE
Telephone (206) 220-6919                 Washington, D.C. 20507

Attorneys for Plaintiff

COMPLAINT
Page 7 of 7

Case 4:18-cv-00034-JWS   Document 1   Filed 09/26/18   Page 7 of 7

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882