HONORABLE JOHN W. SEDWICK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 4:18-cv-00034-JWS |
| Plaintiff, and | [PROPOSED] **ORDER** |
| HANNA HURST, | **APPROVING CONSENT DECREE** |
| Plaintiff-Intervenor, | |
| v. | |
| SUMITOMO METAL MINING POGO, LLC., | |
| Defendant. | |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this ___ day of _____, 2019.

_____
THE HONORABLE JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING CONSENT DECREE
4:18-cv-00034-JWS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883

Case 4:18-cv-00034-JWS   Document 34-2   Filed 05/28/19   Page 1 of 2

PRESENTED this 28th day of MAY 2019 by:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MAY CHE<br>Senior Trial Attorney | |

BY:  s/ *May R. Che*
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (206) 220-6853
Facsimile (206) 220-6911

Office of the General Counsel
131 M Street, N.E.
Washington, D.C. 20507

Attorneys for Plaintiff EEOC

[PROPOSED] ORDER APPROVING CONSENT DECREE
4:18-cv-00034-JWS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883

Case 4:18-cv-00034-JWS   Document 34-2   Filed 05/28/19   Page 2 of 2