# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| Equal Employment Opportunity Com'n, ) <br> ) <br> Plaintiff, and ) <br> ) <br> Hanna Hurst, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> vs. ) <br> ) <br> Sumitomo Metal Mining Pogo, LLC, ) <br> ) <br> Defendant. ) | 4:18-cv-034 JWS <br><br><br><br> ORDER APPROVING <br> CONSENT DECREE |

The court, having considered the parties' stipulated Consent Decree filed at docket 34, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The court retains jurisdiction of this matter for purposes of enforcing the Consent Decree.

Dated this 12th day of June, 2019.

           /S/
        John W. Sedwick
     Senior United States District Judge